IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER ACCURSO, | : | |
| *Plaintiff & Counterclaim Defendant*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| INFRA-RED SERVICES, INC., et al., | : | No. 13-7509 |
| *Defendants & Counterclaim Plaintiffs*. | : | |

## O R D E R

**AND NOW**, this 10th day of August, 2015, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 68), the Motion is GRANTED IN PART AND DENIED IN PART in accordance with the accompanying Memorandum Opinion.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge