IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER ACCURSO,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **INFRA-RED SERVICES, INC., et al.,** | : | **NO. 13-7509** |
| *Defendants*. | : | |

## ORDER

**AND NOW** this 11th day of March, 2016, upon consideration of the Motions *in Limine* filed by the Defendants (Doc. No. 91), the Motions *in Limine* filed by Mr. Accurso (Doc. No. 92), Mr. Accurso's Response to the Defendants' Motions *in Limine* (Doc. No. 102), the Defendants' Response to Mr. Accurso's Motions *in Limine* (Doc. No. 101), and for the reasons outlined in the Court's accompanying memorandum, it is hereby **ORDERED** that:

1. The Defendants' Motion *in Limine* to Exclude Mr. Accurso's Damages Evidence (Doc. No. 91 at 1) is **DENIED**;

2. The Defendants' Motion *in Limine* to Exclude Evidence of Personal Liability as to Brian Land and Audrey Strein (Doc. No. 91 at 1) is **DENIED**;

3. The Defendants' Motion *in Limine* for an Adverse Inference as to Defendants' Counterclaims Based Upon Spoliation of Evidence (Doc. No. 91 at 2) is **DENIED without prejudice**;

4. The Defendants' Motion *in Limine* to Accept Evidence of a Mixed Motive Framework (Doc. No. 91 at 2) is **DENIED without prejudice**;

5. The Defendants' Motion *in Limine* to Apply the Faithless Servant Doctrine (Doc. No. 91 at 4) is **DENIED**;

6. The Defendants' Motion *in Limine* to prevent the Admission of Privileged Materials (Doc. No. 91 at 5) is **GRANTED;**

7. Mr. Accurso's Motion *in Limine* to Exclude the Lay Opinion of Brian Land (Doc. No. 92 at 1) is **GRANTED in part and DENIED in part** and Mr. Land's lay opinion will be limited to identifying the Defendants' damages, as described in the accompanying memorandum;

8. Mr. Accurso's Motion *in Limine* to Exclude the Defendants' Damages Evidence (Doc. No. 92 at 2) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge