IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER ACCURSO,** : | | **CIVIL ACTION** |
| *Plaintiff*, : | | |
| : | | |
| **v.** : | | |
| : | | |
| **INFRA-RED SERVICES, INC., et al.,** : | | **NO. 13-7509** |
| *Defendants*. : | | |

# ORDER

AND NOW, this 1st day of April, 2016, in consideration of the defendants' *in limine* motions (Doc. No. 119) and the plaintiff's response in opposition to defendants' *in limine* motions (Doc. No. 120), it is hereby ORDERED that the defendants' motions are GRANTED IN PART and DENIED IN PART as follows:

1. The defendants' *in limine* motions to exclude evidence of Mr. Accurso's pain and suffering, including the proposed testimony of Dr. Victor Navarro, as well as evidence of Mr. Accurso's health care coverage is GRANTED;

2. The defendants' *in limine* motion to exclude plaintiff's exhibit P-70 and P-142 is GRANTED;

3. The defendants' *in limine* motion to exclude plaintiff's exhibit P-108, P-148, P-150, P-151, P-152, P-153, P-154, P-155, P-156, and P-157 is DENIED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge