# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER ACCURSO,** | : | |
| *Plaintiff & Counterclaim Defendant*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **INFRA-RED SERVICES, INC., et al.,** | : | No. 13-7509 |
| *Defendants & Counterclaim Plaintiffs*. | : | |

## ORDER

**AND NOW**, this 15th day of February, 2018, the Court hereby ORDERS:

1. The Motion of Plaintiff/Counterclaim Defendant Peter Accurso to Stay Enforcement of Judgment (Doc. No. 140) is **DENIED AS MOOT**.

2. The Motion of Defendants/Counterclaim Plaintiffs Infra-Red Services, Inc., Roofing Dynamics Group, LLC, Roofing Dynamics, Inc., Brian Land, and Audrey Strein for Post Trial Relief (Doc. No. 143) is **DENIED AS MOOT**.

3. The Motion of Plaintiff/Counterclaim Defendant Peter Accurso for Attorney Fees, Liquidated Damages, Costs, and Pre-Judgment Interest (Doc. No. 144) is **DENIED**.

4. The Amended Motion of Plaintiff/Counterclaim Defendant Peter Accurso for Judgment as a Matter of Law, or, in the Alternative, for a New Trial and/or to Alter or Amend Judgment (Doc. No. 164) is **DENIED**.

5. The Amended Motion of Defendants/Counterclaim Plaintiffs Infra-Red Services, Inc., Roofing Dynamics Group, LLC, Roofing Dynamics, Inc., Brian Land, and Audrey Strein

Pursuant to Rule 50(B) for Judgment as a Matter of Law on Plaintiff's PA AGE [sic] Payment and Collection Law Claim (Doc. No. 165) is **DENIED AS MOOT**.

6. The Amended Post-Trial Motions of Defendants/Counterclaim Plaintiffs Infra-Red Services, Inc., Roofing Dynamics Group, LLC, Roofing Dynamics, Inc., Brian Land, and Audrey Strein (Doc. No. 166) are **DENIED AS MOOT**.

7. The Amended Post-Trial Motions of Defendants/Counterclaim Plaintiffs Infra-Red Services, Inc., Roofing Dynamics Group, LLC, Roofing Dynamics, Inc., Brian Land, and Audrey Strein Pursuant to Rules 54, 59 and 60 (Doc. No. 171) is **DENIED.**

8. The Amended Post-Trial Motion of Defendants/Counterclaim Plaintiffs Infra-Red Services, Inc., Roofing Dynamics Group, LLC, Roofing Dynamics, Inc., Brian Land, and Audrey Strein Pursuant to Rule 50(B) for Judgment as a Matter of Law on Plaintiff's PA AGE [sic] Payment and Collection Law Claim (Doc. No. 172) is **DENIED.**

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge