IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER ACCURSO,** *Plaintiff & Counterclaim Defendant* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **INFRA-RED SERVICES, INC.** *et al.*, *Defendants & Counterclaim Plaintiffs* | : : | **No. 13-7509** |

## ORDER

**AND NOW**, this 7th day of September, 2021, upon consideration of the Court's July 24, 2020 Order dismissing this case for failure to prosecute (Doc. No. 193), Plaintiff's Motion for Relief from Judgment or Order (Doc. No. 195), Defendants' Response in Opposition (Doc. No. 197), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Plaintiff's Motion (Doc. No. 195) is **GRANTED**.

2. The Court's July 24, 2020 Order is **VACATED**.

3. The Clerk of Court shall **REOPEN** this case.

4. Plaintiff must file his petition for attorneys' fees and costs within ten days of the date of entry of this Order.[1]

5. Defendants will have twenty-one (21) days after Plaintiff files his petition to respond to the petition.

**BY THE COURT:**

s/Gene E.K. Pratter

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] Such petition, and any response thereto, must conform to the Court's instructions in its April 24, 2020 Order. Doc. No. 187.